UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIA BRIEM and TORSTEN BRIEM,

   Plaintiffs,

v.            Case No: 2:18-cv-301-FtM-99CM

HOLIDAY WATER SPORTS FT MYERS BEACH, INC. and JACK LNU,

   Defendants.

## ORDER

  This matter comes before the Court upon review of Plaintiffs' First Motion to Extend Time for Service of Corporate Defendant and Temporary Stay of Service as to Individual Defendant filed on July 24, 2018. Doc. 11. Plaintiffs seek an extension of thirty (30) days to serve the registered agent for Defendant Holiday Water Sports Ft. Myers Beach, Inc. ("Holiday Water Sports") after several failed attempts to effect service. *Id.* at 2-4. Plaintiffs also seek a stay of their requirement to serve Defendant Tour Guide Leader "Jack" LNU ("Jack") because Plaintiffs have been unable to ascertain his identity. *Id.* at 2, 4-5. Plaintiffs anticipate they will identify Jack through initial disclosures or discovery, and thus they request thirty (30) days after ascertaining Jack's identity and address to effect service on him. *Id.* at 1, 4-5. For good cause shown, the Court will grant the requested extension of thirty (30) days to serve Holiday Water Sports. The Court is not inclined, however, to grant

indefinite stays or extensions of time to comply with Plaintiffs' service requirements. Therefore, the Court will afford Plaintiffs sixty (60) days to effect service on Jack.

ACCORDINGLY, it is

**ORDERED:**

Plaintiffs' First Motion to Extend Time for Service of Corporate Defendant and Temporary Stay of Service as to Individual Defendant (Doc. 11) is **GRANTED in part and DENIED in part**. Plaintiffs shall have up to and including **August 31, 2018** to serve Defendant Holiday Water Sports Ft. Myers Beach, Inc. Plaintiffs shall have up to and including **October 1, 2018** to serve Defendant Tour Guide Leader "Jack" LNU.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of August, 2018.

*[Signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record